United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LA PRENDIA DANIELLE WILLIAM, | § § | CIVIL ACTION NUMBER 4:25-cv-05277 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PATRICIA S. COLLINS and | § | |
| BUREAU OF ENGRAVING | § | |
| AND PRINTING, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Plaintiff La Prendia Danielle William proceeds here *pro se*. She sued Defendants Patricia Solimene (formerly Collins) and the Bureau of Engraving and Printing in state court. See Dkt 1-2 (original petition). Defendants removed. Dkt 1. The matter was referred for disposition to Magistrate Judge Dena Hanovice Palermo. Dkt 6.

Defendants moved for more definite statement, alleging that Plaintiff's handwritten petition is illegible and contains incorrect contact information. See Dkt 5. Judge Palermo granted the motion and ordered Plaintiff to file a typed complaint with correct contact information by December 12, 2025. Dkt 8. Plaintiff failed to do so. Judge Palermo then entered a Report and Recommendation recommending that this action be dismissed with prejudice given failure to comply with prior order. Dkt 13.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review of the Report and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 13.

This action is DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on March 27, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2